IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:13 mj 39 |
| v. | MAGISTRATE JUDGE DEAVERS |
| ROMA L. SIMS | |

## ORDER TO UNSEAL CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANT

The Government having moved to unseal the Criminal Complaint, Affidavit and Arrest Warrant in the above-entitled cause and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be unsealed and become part of the public record of this case.

_____
ELIZABETH PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE

1/31/2013
Date